AUSA: T. Patrick Martin    Telephone: (313) 226-9100
Special Agent: Bryan Taube, FBI    Telephone: (734) 995-1310

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
### Eastern District of Michigan

| | |
|---|---|
| United States of America<br>v.<br><br>HAOXIANG GAO | Case No. |

Case: 2:25−mj−30352
Assigned To : Unassigned
Assign. Date : 6/2/2025
Description: CMP USA V. GAO (DJ)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____October 27, 2024,_____ in the county of _____Washtenaw_____ in the
_____Eastern_____ District of _____Michigan_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1015(f) | False Statement to Register to Vote and Vote in a Federal Election. |
| 18 U.S.C. § 611 | Voting by Aliens. |

This criminal complaint is based on these facts: See Attached Affidavit.

☐ Continued on the attached sheet.

_Complainant's signature_

Bryan Taube, Special Agent
_Printed name and title_

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: _June 2, 2025_

City and state: _Detroit, MI_

_Judge's signature_

Kimberly G. Altman, United States Magistrate Judge
_Printed name and title_

## AFFIDAVIT IN SUPPORT OF AN
## APPLICATION FOR A CRIMINAL COMPLAINT

I, Bryan Taube, a Special Agent of the Federal Bureau of Investigation, being duly sworn, upon my oath depose and state:

### INTRODUCTION

1.      I have been employed as a Special Agent with the Federal Bureau of Investigation (FBI), United States Department of Justice, since February 2003. In my current capacity, I am assigned to the Detroit Division, Ann Arbor Resident Agency, located in Ann Arbor, Michigan. As a federal agent, I am authorized to, among other things, investigate violations of the criminal laws of the United States and execute federal search and arrest warrants.

2.      I have investigated a number of federal crimes, including bribery, conspiracy, racketeering, murder, extortion, wire fraud, mail fraud, fraud against the government, voter fraud, intellectual property rights, child pornography, and bank robbery. I have gained experience in conducting such investigation through training and everyday work related to these types of cases.

### PURPOSE OF THIS AFFIDAVIT

3.      This affidavit is being submitted to establish probable cause for a criminal complaint for HAOXIANG GAO, a national of the People's Republic of China (PRC), for violations of Title 18 U.S. Code § 1015(f) – False Statement to

Register to Vote and Vote in a Federal Election, and Title 18 U.S. Code § 611 – Voting by Aliens.

4.     Because this affidavit is submitted for the limited purpose of establishing probable cause for a criminal complaint, it does not set forth each and every fact that I and others have learned during the course of this investigation. Rather, the affidavit sets forth a summary of the investigation to date in order to establish probable cause that HAOXIANG GAO engaged in criminal conduct.

## STATUTORY VIOLATIONS

5.     Title 18 U.S. Code § 1015(f) makes it unlawful for a person to knowingly make any false statement or claim that he is a citizen of the United States in order to register to vote or to vote in any Federal election. The elements of the offense are: (1) that the defendant was not a citizen of the United States; (2) that the defendant made a false statement or claim under oath that he was a citizen of the United States to register or vote in a Federal election; and (3) that the statement or claim was made knowingly. 18 U.S.C. § 1015(f).

6.     Title 18 U.S. Code § 611 makes it unlawful for an alien to vote in a Presidential election. The elements of the offense are: (1) the defendant was an alien who (2) registered to vote or voted in a Presidential election. 18 U.S.C. § 611.

## GAO'S FALSE STATEMENTS AND FRAUDULENT VOTE

7.     In October 2024, GAO, a Chinese national, was attending the University of Michigan and living in a student dormitory at 324 Observatory Street, Room #4515, Ann Arbor, Michigan.

8.     GAO is not a U.S. citizen. GAO holds a Permanent Resident Card (Green Card), Florida driver's license, and Social Security number.

9.     On November 5, 2024, the United States held a federal election for the President of the United States and other offices (the "2024 Presidential Election"). GAO falsely stated that he was a U.S. citizen to register to vote and fraudulently vote in the 2024 Presidential Election during the early voting period.

10.    Previously, on or about October 28, 2024, members of the University of Michigan Public Safety & Security (UMPSS) received information from the Ann Arbor, Michigan, City Clerk's Office that a Chinese national may have cast a ballot in the 2024 Presidential Election. The Clerk's Office stated that, in the late afternoon of October 27, 2024, an unidentified male caller contacted the Clerk's Office, asking whether voting with a green card at the polling place across the street from the University of Michigan's Student Union building was okay. The Clerk's Office representative informed the caller that only U.S. citizens could legally vote, and a green card holder could not. Before the caller got off the phone, the Clerk's Office representative took a photograph of the caller's telephone

number, which was the same number that GAO listed on his fraudulent State of Michigan Voter Registration Application. Shortly thereafter, the individual called the Clerk's Office a second time, this time identifying himself as "HAOXIANG GAO." GAO admitted that he cast a fraudulent vote. GAO asked if he could "pull back his vote," and stated he was "freaking out because I wasn't supposed to vote," before concluding the call.

11.     On or about October 29, 2024, UMPSS members located and interviewed GAO about reports that he had unlawfully cast a vote in the 2024 Presidential Election. During the interview, GAO acknowledged that, on October 27, 2024, he used his University of Michigan photo identification card, known as an M-card, to register to vote and then cast a vote in the 2024 Presidential Election at the polling location located at the University of Michigan Museum of Art in Ann Arbor, Michigan. GAO admitted that he was born in China and was a Green Card holder. GAO admitted that the first question on the voter registration form was "Are you a U.S. Citizen?", to which GAO checked "Yes." GAO claimed that he later tried to "make things right" by contacting the City of Ann Arbor and the Washtenaw County Clerk's Office.

12.     UMPSS collected the State of Michigan Voter Registration Application form (Voter Registration Application) that GAO completed using his identifying information and signed as a prerequisite to casting his vote. In the

"Qualifications" section of the Voter Registration Application, it indicated in bold language: "If you are not a U.S. citizen DON'T complete this form." The "Qualifications" section also had the declarative statement, "I am a United States citizen," followed by a "yes" box and a "no" box. On the Voter Registration Application, GAO checked the "yes" box. See below (highlights added).



13.     At the bottom of the Voter Registration Application, there is a signature box, which contains several certification statements, including: "I am a United States citizen" and "I am a Michigan resident and will vote only after I have lived in my city or township for at least 30 days." The box contained a scribble that was unintelligible. See below (highlights added).



14.     UMPSS also collected the official Early Voting – BOD (ballot-on-

demand) Application to Vote – Poll List form (Early Voting Application to Vote)

that GAO completed before casting his fraudulent vote. Directly above GAO's

handwritten name on the "Signature of Voter" line, the form states in bold: "I

certify that I am a United States citizen and a registered and qualified elector in this

precinct, and hereby make application to vote at this election." Based on a

comparison to GAO's handwriting on his Florida driver's license, the signature

line of the Early Voting Application to Vote appeared to have GAO's handwritten

signature. See below (highlights added).

15.     On or about October 30, 2024, UMPSS members interviewed GAO's roommate, who explained that GAO had talked about going to vote in the 2024 Presidential Election on October 27, 2024, during a bus ride to the University of Michigan Union before GAO fraudulently voted. The roommate stated that, after voting, GAO posted a message that he voted in the 2024 Presidential Election on a Chinese application, WeChat, from his cell phone. In response, GAO received a message that it was illegal for a green card holder to vote. GAO did not tell these facts to UMPSS members during his interview.

## STATE OF MICHIGAN PROSECUTION

16.     On October 30, 2024, a felony complaint and warrant for GAO was signed and issued in the State of Michigan 15th District Court in Ann Arbor, MI.

17.     On November 1, 2024, as requested by UMPSS and facilitated by GAO's legal counsel, GAO turned over a PRC passport in his name, bearing number XXXXX1332, to UMPSS.

18.     On November 8, 2024, GAO turned himself in via Zoom and was arraigned in the State of Michigan 14A District Court in Ann Arbor, MI, for the following state felony violations:

- MCL 168.933 – False Swearing to Register/Vote

- MCL 168.932a(c) – Unqualified Elector Attempting to Vote

19.     That same day, GAO was released on a $5,000 personal bond.

    a.     Among other conditions of pretrial release, the court ordered GAO not leave Michigan without the court's permission and to surrender his passport, which was already in UMPSS's possession.

    b.     On November 11, 2024, GAO turned himself in to UMPSS for processing, as directed by the court.

### GAO'S FLIGHT TO AVOID PROSECUTION

20.     The state court initially set GAO's probable cause conference for January 16, 2025, in the 14A District Court. But the court rescheduled the conference for March 6, 2025.

21.     On January 19, 2025, just three days after GAO's originally scheduled probable cause conference, U.S. Customs and Border Patrol border and travel

records show that GAO boarded Delta flight #389 at the Detroit International Airport (DTW) with a destination of Shanghai, China. GAO used a PRC passport in his name, bearing number XXXXX7137, to pass through airport security and board the flight to China. This was a different passport number than his surrendered PRC passport.

22.     On March 6, 2025, GAO failed to appear for the probable cause conference in his case. The conference was rescheduled for April 24, 2025.

23.     On April 24, 2025, GAO failed to appear a second time for the probable cause conference in his case. Following this, the court issued a bench warrant for GAO's failure to appear.

24.     On May 13, 2025, I sought and obtained a federal criminal complaint charging GAO with Flight to Avoid Prosecution, in violation of Title 18 U.S. Code § 1073, based on GAO's flight from the United States to avoid a felony prosecution by the State of Michigan in connection with unlawfully registering and voting in the 2024 Presidential Election. To date, due to his flight from the United States, GAO has not been arrested on the federal criminal complaint.

## CONCLUSION

25.     In light of the information and evidence described above, I submit that there is probable cause to believe that HAOXIANG GAO has committed the offenses of False Statement to Register to Vote and Vote in a Federal Election, in

violation of Title 18 U.S. Code § 1015(f), and Voting by Aliens, in violation of

Title 18 U.S. Code § 611, in connection with the 2024 Presidential Election.


BRYAN TAUBE, Special Agent
Federal Bureau of Investigation


Sworn to before me and signed in my
presence and/or by reliable electronic
means.

Hon. Kimberly G. Altman
United States Magistrate Judge

Dated: June 2, 2025